IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILSENRATH, et al., | No. C 02-01068 CW |
| Counter-Claimants, | <u>ORDER TAKING MOTION UNDER SUBMISSION</u> |
| v. | |
| JANVRIN HOLDINGS LIMITED, et al., | |
| Counter-Defendants. | |

Notice is hereby given that the Court, on its own motion, shall take Counter-Claimants' Motion to Alter Order (Doc. 294) under submission on the papers. The hearing previously scheduled for August 3, 2007, is vacated. Opposition to the moton will be due August 9, 2007, and any reply will be due August 16, 2007.

Dated: 7/26/07

CLAUDIA WILKEN
United States District Judge